# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 11, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:  Willie James Pye
            v. Shawn Emmons, Warden
           No. 23-31
           (Your No. 18-12147)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on July 7, 2023 and placed on the docket July 11, 2023 as No. 23-31.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst